BESSIE RIESENBERG, as Guardian ad Litem of SHIRLEY BELLE RIESENBERG, an Infant, and BESSIE RIESENBERG, Appellants, *v.* CULLEN FUEL CO., INC., Respondent.

Supreme Court, Appellate Term, First Department, January 27, 1938.

*Goldstein & Goldstein* [*Jonah J. Goldstein* of counsel], for the appellants.

*John P. Smith,* for the respondent.

PER CURIAM. It was error to dismiss the complaint. When the defendant drove its truck upon the sidewalk and broke it, it committed a nuisance and it was liable to any person who, while using due care, was injured as the result of defendant's leaving the sidewalk in a dangerous condition.

Judgment reversed and a new trial ordered, with thirty dollars costs to appellants to abide the event.

All concur. Present — HAMMER, SHIENTAG and NOONAN, JJ.